IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

JOHN HAYNES
_____, )
                                       )
      Plaintiff,                )
                                         )
v.                                      )    CASE NO. _____
                                         )
TROY UNIVERSITY, ET AL.
_____, )
                                         )
      Defendants,            )

**<u>CONFLICT DISCLOSURE STATEMENT</u>**

      COMES NOW __John Haynes_____, a   Plaintiff          in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                   <u>Relationship to Party</u>

_____      _____

_____      _____

_____      _____

_____

__7/26/22_____
Date                              (Signature)

**J. Curt Tanner**
(Counsel's Name)

**John Haynes**
Counsel for (print names of all parties)
2131 Magnolia Ave S, Ste 200
Birmingham, AL 35205
Address, City, State Zip Code
(205) 328-2200
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN                         DIVISION

## CERTIFICATE OF SERVICE

I, J. Curt Tanner                              , do hereby Certify that a true and correct copy
of the foregoing has been furnished by U.S. Mail or Private Process Server          (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 26th day of July          2022, to:

TROY UNIVERSITY, 111 Adams Administration Building, Troy, Alabama 36082

BRIAN BLACKMON, 1706 Tiverton Street, Winter Springs, Florida 32708

DAYNE BROWN, 423 Grace Road, Troy, Alabama 36081

JAMAAL SMITH, 133 Prospect Ridge Road, Troy, Alabama 36079

JACK STOCKDALE DAWSON, Jacksonville State University, 700 Pelham Road North, Jacksonville, Alabama 36265

7/26/22
Date

Signature