**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                                                       TELEPHONE (334) 954-3600

July 28, 2022

NOTICE OF ASSIGNMENT

To:    All Counsel of Record

Re:    Haynes v. Troy University et al
         Civil Action No.    2:22-cv-00431

The above-styled case has been assigned to Judge William Keith Watkins as presiding judge and Judge Kelly F. Pate as referral judge.

Please note that the case number is now **2:22-cv-431-WKW-KFP.** The new case number should be used on all future correspondence and pleadings.