Case 2:22-cv-00431-MHT-KFP   Document 5   Filed 08/03/22   Page 1 of 1
Case 2:22-cv-00431-WKW-KFP   Document 3   Filed 07/29/22   Page 4 of 10

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00431-WKW-KFP

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any) __Jack Dawson__
was received by me on (date) __7/29/2022__.

☑ I personally served the summons on the individual at (place) __Gle Dr NW Jacksonville, AL 36265 JSU Football Practice Facility__ on (date) __8/3/2022__; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __8/3/2022__

_____
Server's signature

__Josh Wooten   Designated Person__
Printed name and title

__2131 Magnolia Ave S Birmingham, AL 35205__
Server's address

Additional information regarding attempted service, etc:

__Service made at Jacksonville State University football practice field.__