MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| JOHN HAYNES*Plaintiff*v.TROY UNIVERSITY, ET AL.*Defendant* | ))))))   Civil Action No. 2:22-cv-00431-WKW-KFP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jamaal Smith
133 Prospect Ridge Road
Troy, Alabama 36079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Curt Tanner, Esq.
Adam W. Pittman, Esq.
Julianne Z. Boydstun, Esq.
Cory Watson, P.C.
2131 Magnolia Avenue South, Suite 200
Birmingham, Alabama 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: 7/29/2022

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00431-WKW-KFP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Jamaal Smith
was received by me on *(date)*  8/11/2022  .

☑ I personally served the summons on the individual at *(place)*  133 Prospect Rd. Troy, AL 36079 via Certified Mail   on *(date)*  8/9/2022  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ —  for travel and $ —  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  8/11/2022

_____
Server's signature

Ashley Nielsen - Paralegal
Printed name and title

2131 Magnolia Ave. S, Birmingham, AL 35205
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To Jamaal Smith
Street and Apt. No., or PO Box No. 133 Prospect Road
City, State, ZIP+4® Troy, AL 36079

Service 196-1640
Postmark Here
mailed 7/29/22

PS Form 3800, April 2015 PSN 7530-02-000-0047   See Reverse for Instructions

7020 0640 0001 5563 4384

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jamaal Smith
133 Prospect Ridge Road
Troy, Alabama 36079

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6313 0274 7238 80

2. Article Number *(Transfer from service label)*
7020 0640 0001 5563 4384

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_                    ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Jamaal Smith                       8-9-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

rec'd 8/11/22 - an

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt