MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama  ☒

| | |
|---|---|
| JOHN HAYNES <br> *Plaintiff* <br> v. <br> TROY UNIVERSITY, ET AL. <br> *Defendant* | ) ) ) ) ) )    Civil Action No. 2:22-cv-00431-WKW-KFP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Brian Blackmon
1706 Tiverton Street
Winter Springs, Florida 32708

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Curt Tanner, Esq.
Adam W. Pittman, Esq.
Julianne Z. Boydstun, Esq.
Cory Watson, P.C.
2131 Magnolia Avenue South, Suite 200
Birmingham, Alabama 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: 7/29/2022

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00431-WKW-KFP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Brian Blackmon__
was received by me on *(date)* __8/10/2022__.

☑ I personally served the summons on the individual at *(place)* __1700 Tiverton St, Winter Springs, FL 32708 via Certified Mail__ on *(date)* __8/13/2022__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __8/10/2022__

*Server's signature*

__Ashley Nielsen - Paralegal__
*Printed name and title*

__2131 Magnolia Ave S, Birmingham, AL 35205__
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

**Certified Mail Fee**
$

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

**Postage**
$

**Total Postage and Fees**
$

Service
196-1640
Postmark Here

Mailed 7/29/22

**Sent To** Brian Blackmon
**Street and Apt. No., or PO Box No.** 1706 Tiverton St
**City, State, ZIP+4®** Winter Springs FL 32708

Article tracking: 7020 0640 0001 5563 4360

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brian Blackmon
1706 Tiverton Street
Winter Springs, FL 32708

9590 9402 6313 0274 7280 07

2. Article Number *(Transfer from service label)*
7020 0640 0001 5563 4360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bardin K+uy cv19  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

rec'd 8/1/22 - an

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

USPS TRACKING #



9590 9402 6313 0274 7280 07

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Cory Watson, P.C.
ATTN: Ashley Nielsen
2131 Magnolia Ave S, Ste 200
Birmingham, AL 35205

35-283650