IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN HAYNES, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>TROY UNIVERSITY, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:22cv431-MHT |

### ORDER

It is ORDERED that the motion to dismiss (Doc. 10) is set for submission, without oral argument, on October 25, 2022, with any opposition brief due by October 18, 2022, and any reply to the opposition due by October 25, 2022.

DONE, this the 27th day of September, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE