# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JOHN HAYNES,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: **2:22-cv-431-MHT-KFP** |
| **TROY UNIVERSITY,** | ) |
| **JACK STOCKDALE DAWSON,** | ) |
| **BRIAN BLACKMON,** | ) |
| **DAYNE BROWN,** and | ) |
| **JAMAAL SMITH,** | ) |
| Defendants. | ) |

## PRO TANTO STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff in the above-styled action, by and through undersigned counsel of record, and respectfully requests this Court dismiss Plaintiff's claims against Defendants Troy University, Brian Blackmon, Dayne Brown, and Jamaal Smith with prejudice, with no costs taxed. Plaintiff further stipulates that this pro tanto dismissal will not impact Plaintiff's claims against Defendant Jack Stockdale Dawson, as those claims remain in active litigation.

**Respectfully submitted this, the 22nd day of December 2022:**

*/s/ J. Curt Tanner*
J. Curt Tanner, Esq. (asb-1041-t80w)
Adam W. Pittman, Esq. (asb-0146-a33p)
Julianne Z. Boydstun, Esq. (asb-1184-f14u)
*Counsel for the Plaintiff*

**OF COUNSEL:**
CORY WATSON, P.C.
2131 Magnolia Ave S.
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 328-7896
ctanner@corywatson.com
apittman@corywatson.com
jboydstun@corywatson.com

**CERTIFICATE OF SERVICE**

     I certify that the foregoing has been served upon the following parties and counsel of record by electronic mail, electronic filing and/or by depositing a copy thereof in the United States mail, properly addressed and postage-prepaid, this the 22nd day of December 2022:

Matthew M. Baker, Esq.
Nick Cervera, Esq.
Jamie G. Campbell, Esq.
CERVERA, RALPH & REEVES, LLC
914 S. Brundidge Street
Troy, AL 36081
Telephone: (334) 566-0116
Facsimile: (334) 566-4073
mbaker@troycable.net
ncervera@troycable.net
jcampbell@troycable.net
*Counsel for Defendants Brian Blackmon,*
*Dayne Brown, and Jamaal Smith*

Mary-Ellen Bates, Esq.
Bates, Hetzel, PC
2413 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 241-8010
Facsimile: (205) 241-8020
maryellen@bateshetzel.com
*Counsel for Defendant Jack Dawson*

                                               */s/ J. Curt Tanner*
                                               OF COUNSEL