IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv431-MHT |
| | ) | (WO) |
| TROY UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the pro tanto stipulation of dismissal (Doc. 30) and Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that all claims against defendants Troy University, Brian Blackmon, Dayne Brown, and Jamaal Smith are dismissed with prejudice, and said defendants are terminated as parties, with no costs taxed.

It is further ORDERED that the motion to dismiss (Doc. 26) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is not closed.

DONE, this the 27th day of December, 2022.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**