```
   IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | | |
|---|---|---|
| JOHN HAYNES, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:22cv431-MHT |
| | ) | |
| JACK STOCKDALE DAWSON, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

Based on the representations made by the parties on the record on January 25, 2024, that this case is now settled and that a joint dismissal will be filed by the end of February 2024, it is ORDERED that no further action will be taken in this case at this time.

DONE, this the 25th day of January, 2024.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**