**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JOHN HAYNES,** ) | |
| ) | |
|     Plaintiff / Counter Defendant, ) | |
| ) | |
| v. ) | **Case No.: 2:22-cv-431-MHT-KFP** |
| ) | |
| **JACK STOCKDALE DAWSON,** ) | |
| ) | |
|     Defendant / Counter Claimant. ) | |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the Plaintiff/Counter Defendant and Defendant/Counter Claimant in the above-styled action (hereinafter collectively referred to as "the Parties"), by and through their respective undersigned counsel of record, and hereby show unto the Court that they have resolved the claims, issues, and controversies pending between them. The Parties further move this Honorable Court to enter an Order dismissing all claims of the Plaintiff against the Defendant and all claims of the Counter Claimant against the Counter Defendant, with prejudice, with each party to bear his or her own costs.

**Respectfully submitted this, the 15th day of March 2024:**

/s/ J. Curt Tanner
J. Curt Tanner, Esq.
Julianne Z. Boydstun, Esq.
Adam W. Pittman, Esq.
CORY WATSON, P.C.
2131 Magnolia Ave S.
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 328-7896
ctanner@corywatson.com
jboydstun@corywatso.com
apittman@corywatson.com
*Counsel for John Haynes*

/s/ Mary-Ellen Bates (with permission)
Mary-Ellen Bates, Esq.
Bates, Hetzel, P.C.
2413 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 241-8010
Facsimile: (205) 241-8020
maryellen@bateshetzel.com
*Counsel for Jack Stockdale Dawson*

1