IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN HAYNES,            ) | |
| )| |
|     Plaintiff,         ) | |
| ) | CIVIL ACTION NO. |
| v.                     ) | 2:22cv431-MHT |
| ) | (WO) |
| JACK STOCKDALE DAWSON,  ) | |
| ) | |
|     Defendant.         ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. 53), it is the ORDER, JUDGMENT, and DECREE of the court that all claims and counterclaims are dismissed with prejudice, with each party to bear his own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of March, 2024.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE